

**Sheehan & Associates, P.C.**  505 Northern Blvd Ste 311, Great Neck NY 11021-5101
tel. 516.303.0552     fax 516.234.7800
spencer@spencersheehan.com

**MEMO ENDORSED**

February 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/27/2020
```

District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  1:20-cv-00496-VEC
    Sanders v. Trader Joe's Company

Dear District Judge Caproni:

      This office represents the plaintiff.  In accordance with your Honor's Individual Practices in Civil Cases, plaintiff requests an adjournment of the Initial Conference.

      The original date for the Initial Conference is Friday, March 6, 2020 and the submission of the joint letter, civil case management plan and scheduling order is to be filed no later than Thursday, February 27, 2020.  There have been no previous requests for adjournment of this date.  No previous request was granted or denied.

      This action was filed on Sunday, January 19, 2020 and "a copy of the complaint, 2 copies of the waiver form appended to this Rule 4, and a prepaid means for returning the form" was sent to defendant's registered agent as indicated on the summons on Monday, January 27, 2020.  Defendant has not returned the signed waiver as of this letter.  Prior to this request, plaintiff contacted defendant through its general mailbox and provided a copy of the conference notice.  This request is submitted at least 48 hours prior to the date of the conference.

      Plaintiff is aware that your Honor will not grant adjournments merely because a party has not been served.  Plaintiff will promptly take further steps to complete service of process on defendant and requests the initial conference be adjourned until Wednesday, April 15, 2020. Thank you.

Respectfully submitted,

/s/Spencer Sheehan
Spencer Sheehan

Application GRANTED.  The IPTC is adjourned to **April 10, 2020, at 10:00 a.m.**

SO ORDERED.

*Valerie Caproni*   2/27/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I certify that on February 26, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan