## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Veronica Sanders, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Trader Joe's Company,<br><br>　　　　　　Defendant. | 1:20-cv-00496 (VEC)<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that Rory F. Collins of Faegre Drinker Biddle & Reath LLP hereby enters his appearance on behalf of Trader Joe's Company.

| | |
|---|---|
| Dated:　May 8, 2020 | *s/ Rory F. Collins*<br>Rory F. Collins (NY Bar. No. 5549670)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>rory.collins@FaegreDrinker.com<br><br>*Attorney for Defendant Trader Joe's Company* |